**Order entered June 10, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01285-CV

### JOHN COBB, Appellant

### V.

### CASA VALENCIA APTS., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04566-C**

## ORDER

By letter dated June 6, 2019, court reporter Janet Wright has informed us that the reporter's record in this case has not been requested. Accordingly, as we cautioned in our June 3, 2019 order, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As the clerk's record has been filed, appellant **SHALL** file his brief no later than July 10, 2019.

/s/     BILL WHITEHILL
          JUSTICE